No. 87–814.   TERMINAL REALTY PENN CO. *v.* AUERBACH ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 87–875.   REDDINGTON *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir.   Certiorari denied.

No. 87–903.   CROCKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–949.   CONGREGATION SONS OF ISRAEL *v.* SHAFTAN.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 87–953.   KONIZESKI ET AL. *v.* LIVERMORE LABS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–1105.   ARKANSAS *v.* MAYFIELD.   Sup. Ct. Ark.   Certiorari denied.

No. 87–1106.   PYLE ET UX. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 87–1115.   EBAUGH *v.* CESSNA AIRCRAFT CO.   C. A. 4th Cir.   Certiorari denied.

No. 87–1125.   HOLMES *v.* WEST VIRGINIA.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 87–1127.   KONARSKI *v.* NEW YORK MEDICAL COLLEGE, INC., ET AL.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 87–1129.   ALASKA TRAMS CORP., AKA ALASKA TRAMS, INC. *v.* ALASKA ELECTRIC LIGHT & POWER ET AL.   Sup. Ct. Alaska.   Certiorari denied.

No. 87–1134.   CONSULATE GENERAL OF NIGERIA ET AL. *v.* JOSEPH.   C. A. 9th Cir.   Certiorari denied.

No. 87–1137.   KIRK *v.* MICHAEL REESE HOSPITAL & MEDICAL CENTER ET AL.   Sup. Ct. Ill.   Certiorari denied.